IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | In Proceedings for a Plan under Chapter 13 |
| Raymond E Rohrer | |
| | Case No.: 08-43024-abf-13 |
| Debtor | |
| SSN XXX-XX-8672 | |

## ORDER DIRECTING DEBTOR TO PAY TRUSTEE

    The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule <u>provided on reverse</u> to:

    Richard V. Fink
    Chapter 13 Trustee
    P.O. Box 1839
    Memphis, TN 38101-1839

    It is further ORDERED that the first payment is due by:  August 27, 2008 .  Subsequent payments are due as called for under the plan.  Payments are to be made with a Money Order, Cashier's Check or Personal Check.  **CASH WILL NOT BE ACCEPTED.**  Your name and Chapter 13 case number must  be listed on each remittance.

    You can contact the trustee's office at (816) 842-1031.

    Failure to comply with this Order may result in your plan being dismissed.

Date:  July 30, 2008

    /s/ Arthur B. Federman

    Bankruptcy Judge

| PLAN PAYMENTS: | | |
|---|---|---|
| Start Date | | Periods |
| August 27, 2008 | $744.33  monthly | Until further Order of the Court |